**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*<br><br>        Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, *et al.*,<br><br>        Defendants. | Case No. 1:26-cv-02521 |

**LCvR 26.1 CERTIFICATE**

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the American Civil Liberties Union, American Civil Liberties Union Foundation, ACLU Foundation of Colorado, Roger Baldwin Foundation of the ACLU, Inc., National Women's Law Center, or National Center for Law and Economic Justice that have any outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

July 20, 2026

Respectfully submitted,

*/s/ Michelle Banker*
Michelle Banker
(D.C. Bar No. 1003535)
National Women's Law Center
1350 Eye Street NW, Suite 700
Washington, D.C. 20005
T: 202.588.5180
MBanker@nwlc.org

1