**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, AMERICAN CIVIL LIBERTIES UNION FOUNDATION, ACLU FOUNDATION OF COLORADO, ROGER BALDWIN FOUNDATION OF THE ACLU, INC., NATIONAL WOMEN'S LAW CENTER, NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE, | Case No. 1:26-cv-02521 |

*Plaintiffs*,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

*Defendant*.

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS

The Clerk will please note the appearance of the undersigned as counsel for Plaintiffs in this case.

DATED: August 5, 2026

Respectfully submitted,

/s/ Alison Tanner
Alison Tanner (D.C. Bar No. 230504)
National Women's Law Center
1350 Eye Street NW, Suite 700
Washington, D.C. 20005
Tel.: 202-588-5180
ATanner@nwlc.org